UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL LEBER, et al., <br>     Plaintiff, <br> vs. <br> BERKLEY VACATION RESORTS, INC., *et al.,* <br>     Defendants. | 2:08-CV-01752-PMP-PAL <br><br> **ORDER** |

Having read and considered the Parties Joint Status Report (Doc. #208) filed March 22, 2011, and it appearing therefrom that the Parties have reached a settlement of this action, and good cause appearing,

**IT IS THEREFORE ORDERED that** all deadlines previously imposed in this case are hereby stayed until **April 5, 2011** to allow the Parties to consummate the settlement.

**IT IS FURTHER ORDERED that** the Parties shall have to and including **April 15, 2011** within which to submit a stipulation for dismissal of this action in light of the settlement reached.

DATED: March 23, 2011.

_____
PHILIP M. PRO
United States District Judge